**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    v.                                    CASE NO.   3:07cr28MCR

TERESA CRAWFORD

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on  February 26, 2014
Motion/Pleadings:  MOTION TO DISMISS INDICTMENT
Filed by  Government   on  2/26/14   Doc.#  132
RESPONSES:
                                    on             Doc.#
                                    on             Doc.#

\_\_\_\_ Stipulated    \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed   \_\_\_\_ Consented

                                  JESSICA J. LYUBLANOVITS
                                  CLERK OF COURT

                                  *s/ Mary Maloy*
LC (1 OR 2)                    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 27th day of February, 2014, that:*

    *The relief requested is GRANTED.*

                                            *M. Casey Rodgers*
                                              M. CASEY RODGERS
                                          *Chief United States District Judge*

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

                            Document No.